UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80869-CIV-DIMITROULEAS

NICHOLAS KOTELNICKI,

    Plaintiff,

vs.

BL RESTAURANT OPERATIONS LLC,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court upon the Court's January 20, 2020 Order Administratively Closing Case. *See* [DE 23]. Therein, the Court ordered, in pertinent part, that: "Defendant shall file a status report as to the status of the bankruptcy proceedings on March 28, 2020, and every sixty (60) days thereafter." *Id.* The last status report was filed November 7, 2022 making the next status report due on or before January 6, 2023. As of the date of this Order, however, Defendant has failed file a status report.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **January 17, 2023**, Defendant shall file a status report as to the status of the bankruptcy proceedings. Defendant shall continue to file status reports every sixty (60) days thereafter.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 9th day of January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record